**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| EXXONMOBIL GLOBAL SERVICES COMPANY, EXXON MOBIL CORPORATION, AND EXXONMOBIL RESEARCH AND ENGINEERING COMPANY, § § § § § | | |
| Plaintiffs/Counter Defendants § § | | |
| v. § § | | |
| GENSYM CORPORATION and VERSATA ENTERPRISES, INC., § § § | CASE NO. 1:12-cv-00442-JDR | |
| Defendants § § | | |
| GENSYM CORPORATION § § | | |
| Counter Plaintiff/Third-Party Plaintiff § § | | |
| v. § § | | |
| INTELLIGENT LABORATORY SOLUTIONS, INC. § § § § | | |
| Third-Party Defendant § | | |

## EXXONMOBIL'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE:

Pursuant to the Ninth Amended Scheduling Order and Local Rule CV-88, ExxonMobil Global Services Company, Exxon Mobil Corporation, and ExxonMobil Research and Engineering Company ("ExxonMobil"), submit their report on alternative dispute resolution.

1. On April 7, 2015, the parties mediated this dispute before Dean Kilgore. Although the parties made progress in reaching a possible settlement, they were unsuccessful in resolving their differences.

2. ExxonMobil continues to believe that alternative dispute resolution is appropriate. ExxonMobil prefers an additional day of mediation with Dean Kilgore at an appropriate date in the future. Meanwhile, ExxonMobil will continue to work with the other parties to resolve this dispute.

3. Shannon Ratliff of the Ratliff Law Firm is responsible for settlement negotiations for ExxonMobil.

*/s/ Michael L. Navarre*
Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
RATLIFF LAW FIRM, P.L.L.C.
600 Congress Avenue, Suite 3100

Andrew A. Kassof, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
(312) 862-2000
(312) 862-2200 (facsimile)

**ATTORNEYS FOR PLAINTIFFS EXXONMOBIL GLOBAL SERVICES COMPANY, EXXON MOBIL CORPORATION, AND EXXONMOBIL RESEARCH AND ENGINEERING COMPANY**

## NOTICE OF ELECTRONIC FILING

I do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing document in accordance with the Electronic Case Filing System of the U.S. District Court for the Western District of Texas, on this 23rd day of April, 2015.

*/s/ Michael L. Navarre*
Michael L. Navarre

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015 I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

Amir H. Alavi
Ahmad, Zavitsanos & Anaipakos, P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010

Matthew R. Beatty
Beatty Bangle Strama P.C.
400 West 15th Street, Suite 1450
Austin, Texas 78701

Thomas H. Watkins
Brown McCarroll
111 Congress Avenue, Suite 1400,
Austin, Texas 78701-4093

*/s/ Michael L. Navarre*
Michael L. Navarre